AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA John J. Boscia, USAO 23-062)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 23-mj-1827 |
| JOHN R. YOUNG | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __in or about 2021 and Sept. 2023__ in the county of __Northampton__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Sexual exploitation of children |
| 18 U.S.C. §§ 2252A(a)(2) and (b)(1) | Distribution of child pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ David J. Backlund
*Complainant's signature*

David J. Backlund, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/17/23

/s/ PAMELA A. CARLOS
*Judge's signature*

City and state: PHILADELPHIA, PA

Hon. Pamela A. Carlos, U.S. Magistrate Judge
*Printed name and title*