AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA John J. Boscia, USAO 23-062)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| JOHN R. YOUNG | ) Case No. 23-mj-1827 |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* John R. Young,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2251(a) and (e): Sexual exploitation of children

18 U.S.C. §§ 2252A(a)(2): Distribution of child pornography

Date: 10/17/23

/s/ PAMELA A. CARLOS
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

Hon. Pamela A. Carlos, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*